## CLIFFORD v. RIVER BEND PLANTATION

No. 199A84.

Case below: 67 N.C. App. 438.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied as to additional issues 5 June 1984.

## ELKS v. BRADSHAW

No. 179P84.

Case below: 67 N.C. App. 197.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 June 1984.

## FAUGHT v. FAUGHT

No. 205P84.

Case below: 67 N.C. App. 37.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1984.

## GOODWIN v. GOLDSBORO BOARD OF EDUCATION

No. 197P84.

Case below: 67 N.C. App. 243.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 June 1984.

## HICKS v. BROWN SHOE CO.

No. 527P83.

Case below: 64 N.C. App. 144.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1984.